RALPH A. LOMBARDI, (State Bar No 048217)
LORI A. SEBRANSKY, (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMY, INC., | No. C 05-00223 PJH |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERICAN ECONOMY INSURANCE CO., SAFECO INSURANCE COMPANIES, and DOES 1-100, inclusive, | |
| Defendants. | |

The parties hereby stipulate to reschedule the Case Management Conference which is currently on calendar for September 8, 2005 at 2:30 p.m. in light of the fact that a mediation has been scheduled for September 14, 2005.  The parties request the Case Management Conference be rescheduled to September 29, 2005.

DATED: August 15, 2005

LOMBARDI, LOPER & CONANT, LLP


By:   /s/ Ralph A. Lombardi
RALPH A. LOMBARDI
Attorneys for Defendant American Economy Insurance Company

- 1 -
**Case No.  C-05-00223 PJH**
02280-34507 RAL 506141.1
**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

1  DATED: August 15, 2005

2  DUCHARME & COHEN

4  By: :____/s/ Matthew J. Cohen_____
     MATTHEW J. COHEN
5    Attorneys for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that pursuant to the above Stipulation the Case Management Conference is continued until September 29, 2005 at 2:30 p.m.

Dated: August 22, 2005     _____

The Honorable Phyllis J. Hamilton

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

02280-34507 RAL 506141.1

- 2 -
**Case No.  C-05-00223 PJH**
**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**