RALPH A. LOMBARDI, (State Bar No 048217)
LORI A. SEBRANSKY, (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMY, INC., <br><br>Plaintiff, <br><br>v. <br><br>AMERICAN ECONOMY INSURANCE CO., SAFECO INSURANCE COMPANIES, and DOES 1-100, inclusive, <br><br>Defendants. | No. C 05-00223 PJH <br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Defendant American Economy Insurance Company, on behalf of both parties, hereby notifies the court that the parties have successfully mediated the above-captioned action and have reached a complete resolution of the matter. Closing documents including a Release and Settlement Agreement and a Stipulation for Dismissal with Prejudice have been provided to counsel for plaintiff and return of those documents is anticipated within the next 30 days. In light of the settlement defendant, on behalf of both parties, requests that the court vacate the Case Management Conference currently set for September 29.

DATED: September 22, 2005

LOMBARDI, LOPER & CONANT, LLP

By   /s/ Ralph A. Lombardi
RALPH A. LOMBARDI

02280-34507

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

NOTICE OF SETTLEMENT AND REQUEST FOR ORDER
VACATING CASE MANAGEMENT CONFERENCE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699