RALPH A. LOMBARDI, (State Bar No 048217)
LORI A. SEBRANSKY, (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE CO.,<br>SAFECO INSURANCE COMPANIES, and<br>DOES 1-100, inclusive,<br><br>    Defendants. | No. C 05-00223 PJH<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff UMY, INC., by and through its attorney of record, and defendant AMERICAN ECONOMY INSURANCE CO., by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

DATED: September 21, 2005

                                  DU CHARME & COHEN


                                  By:  /s/ Matthew J. Cohen
                                        MATTHEW J. COHEN
                                        Attorneys for Plaintiff

///

///

///

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

DATED: September 23, 2005

LOMBARDI, LOPER & CONANT, LLP

By   /s/ Ralph A. Lombardi
RALPH A. LOMBARDI
Attorneys for Defendant

### ORDER DISMISSING ACTION WITH PREJUDICE

The court having read and considered the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

DATED: September 28, 2005

JUDGE OF THE DISTRICT COURT

02280-34507 RAL 507728.1